# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION – DETROIT

In re:

Roxi A. Yaldoo,　　　　　　　　　　　　Chapter 13
　　　　　　　　　　　　　　　　　　　　Case No. 12-67025
　　　　　　　　　　　　　　　　　　　　Honorable Marci B. McIvor

　　　　　　Debtor.
_____/

## RESPONSE TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Debtor, through his attorneys, WOLFE LAW GROUP, PLLC, by Jack B. Wolfe, Esq., responds to Movant's Motion for Relief from the Automatic Stay, as follows:

1.-5.　Admitted.

6.　Deny as untrue as In re Glenn is conditioned by 11 U.S.C § 1322(c)(1), which allows Debtor to confirm a plan and cure any deficiency if the sheriff's sale was not in accordance with non-bankruptcy law and, in the instant case, Movant is a federal instrumentality/entity that neither it nor its agents and/or servicers could use non-judicial foreclosure to obtain title to the home as it violated the constitutional rights of Debtor to a due process hearing to contest and protest the valuation and it also violated MCL § 600.3228, MCL §§ 600.3204(1)(d) and (3).

7.　Admit; however, as set forth above, this did not occur.

8.　Deny as untrue. Approximate value is less than $150,000.00.

9.　Admit.

10.　Admit.

11.　Deny as untrue.

12.　Deny as untrue. See 11 U.S.C. § 362(l).

13.-15. Admit

1

16. Deny as untrue and Debtor reserves the right to amend this Response and provide a supplemental briefing.

17. Admit.

WHEREFORE, Debtor requests that this Court deny the motion of Movant.

Respectfully submitted,

WOLFE LAW GROUP, PLLC

By: /s/ Jack B. Wolfe
JACK B. WOLFE (P39667)
Attorneys for Debtor
7071 Orchard Lake Road, Suite 250
West Bloomfield, MI 48322
(248) 862-2018 (w)
(248) 862-2026 (f)
(248) 228-6307 (m)
thewolfelawgroup@yahoo.com

Dated: January 4, 2013

## CERTIFICATE OF SERVICE

Jack B. Wolfe certifies that on January 7, 2013, he filed a copy of the foregoing response to motion to lift stay using the ECF filing system, which will send notification of such filing to all counsel and parties of record.

/s/ Jack B. Wolfe
Jack B. Wolfe